## SALLEY v. THE STATE.

(Decided November 20, 1914.)

APPEAL from Lowndes Circuit Court.

Heard before Hon. A. E. GAMBLE.

GEO. E. GORDON, for appellant. R. C. BRICKELL, Attorney General, for the State.

Per curiam. Dismissed on motion of appellant.

---

## SAWYER v. THE STATE.

Decided January 13, 1914.

APPEAL from Lowndes Circuit Court.

Heard before Hon. A. E. GAMBLE.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

WALKER, P. J.—No error. Affirmed.

---

## SCHMUCK v. THE STATE.

(Decided December 4, 1913.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. WILLIAM E. FORT.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

PELHAM, J.—No error. Affirmed.

---

## SHELBY v. THE STATE.

(Decided January 13, 1914.)

APPEAL from Montgomery City Court.

Heard before Hon. ARMSTEAD BROWN.

No counsel marked for appellant. R. C. BRICKELL, Attorney General, for the State.

PELHAM, J.—No error. Affirmed.